```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 06 B 12523
   CARL PRATHER
   ROSEMARY PRATHER                          CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2429     SSN XXX-XX-7572

-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/03/2006 and was confirmed 12/07/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  11.00%.

     The case was converted to chapter 7 after confirmation 05/01/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
SELECT PORTFOLIO SERVICI  CURRENT MORTG         .00            .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE     2677.14            .00       2677.14
SELECT PORTFOLIO SERVICI  NOTICE ONLY     NOT FILED            .00           .00
PIERCE & ASSOC            NOTICE ONLY     NOT FILED            .00           .00
GREAT BANK                SECURED VEHIC    6035.94         534.29       3856.63
DRIVE FINANCIAL SERVICES  SECURED VEHIC    1437.52          22.54       1437.52
CITY OF CHICAGO PARKING   UNSECURED         912.50            .00           .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED            .00           .00
CITIBANK SOUTH DAKOTA NA  UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON       UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         884.67            .00           .00
GATLINGS CHAPEL           UNSECURED       NOT FILED            .00           .00
NICOR GAS                 UNSECURED         604.27            .00           .00
AT&T WIRELESS             UNSECURED        2001.27            .00           .00
PROVIDIAN                 UNSECURED        2097.75            .00           .00
PIERCE & ASSOCIATES       NOTICE ONLY     NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED        1153.61            .00           .00
ROUNDUP FUNDING LLC       UNSECURED         515.34            .00           .00
ECMC                      UNSECURED        7153.59            .00           .00
GE MONEY/JC PENNY         UNSECURED         715.22            .00           .00
GE MONEY/LOWE'S CONSUMER  UNSECURED         962.24            .00           .00
INTERNAL REVENUE SERVICE  PRIORITY        NOT FILED            .00           .00
MARLIN E KIRBY            DEBTOR ATTY      2,300.00                     2,300.00
TOM VAUGHN                TRUSTEE                                         701.88
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              11,530.00


              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 12523 CARL PRATHER & ROSEMARY PRATHER
```

```
PRIORITY                                                           .00
SECURED                                                       7,971.29
     INTEREST                                                   556.83
UNSECURED                                                          .00
ADMINISTRATIVE                                                2,300.00
TRUSTEE COMPENSATION                                            701.88
DEBTOR REFUND                                                      .00
                                 ---------------        ---------------
TOTALS                               11,530.00              11,530.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 08/20/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE